IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COLLEEN GARDNER** *PRO SE* *ATTORNEY-N-FACT C/O WADE BOOTH*, <br> Plaintiff, <br><br> v. <br><br> **JOSEPH MARRONE**, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : **CIVIL ACTION NO. 18-CV-3903** <br> : <br> : <br> : |

**ORDER**

AND NOW, this 1st day of October, 2018, upon consideration of the Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1-1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction in accordance with the Court's Memorandum. The dismissal is without prejudice to the refiling of this case in state court.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.